```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
 _____
                                :
ANDRE BOYER,                    :
                                :   No. 18-cv-12001 (NLH)
              Petitioner,       :
                                :
         v.                     :   OPINION
                                :
WARDEN, SOUTH WOODS STATE       :
PRISON,                         :
                                :
              Respondent.       :
 _____ :
```

APPEARANCE:
Andre Boyer, No. 258063/57420A
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302
    Petitioner Pro se

HILLMAN, District Judge

    Pro Se Petitioner Andre Boyer, a prisoner presently incarcerated at the South Woods State Prison in Bridgeton, New Jersey, files this writ of habeas corpus under 28 U.S.C. § 2254, to challenge the validity of his New Jersey state court conviction.

    Local Civil Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).  Petitioner did not use the habeas form supplied by the Clerk for § 2254 petitions, i.e., AO 241 (modified):DNJ-Habeas-008(Rev.01-2014).

As a result, the Court will administratively terminate this matter and require Petitioner to submit his Petition on the correct form.  An appropriate order follows.[1]


Dated: January 11, 2019                s/ Noel L. Hillman
At Camden, New Jersey                  NOEL L. HILLMAN, U.S.D.J.

---

[1] Without making any findings, the Court notes that § 2254 requires that all grounds must first be exhausted in state court, 28 U.S.C. § 2254(b), and the petition must be filed within one year of the conviction becoming final, 28 U.S.C. § 2244(d)(1).